FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2022 OCT 26 PM 4: 19

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-182-CEM-DAB
    18 U.S.C. § 641

INA LAPOINTE

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning in or around September 2011, and continuing through in or around February 2022, in the Middle District of Florida, and elsewhere, the defendant,

INA LAPOINTE,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and the Social Security Administration, a department and agency of the United States, that is, Social Security benefits, with intent to deprive the United States and the Social Security Administration of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the following: an order of forfeiture in the amount of proceeds obtained from the offenses.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

The United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

[signature redacted]

Foreperson

ROGER B. HANDBERG
United States Attorney

By: /s/ Suzanne Huyler
Suzanne Huyler
Assistant United States Attorney

By: /s/ [illegible] for
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

3

FORM OBD-34
October 22

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

INA LAPOINTE

### INDICTMENT

Violations: 18 U.S.C. § 641

_____
Foreperson

Filed in open court this 26th day of October 2022.

_____
Clerk

Bail $_____

GPO 863 525